DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MOTIF APARTMENTS LLC** d/b/a
**MOTIF AT FLAGLER VILLAGE,**
Appellant,

v.

**TENANT'S FIRST, LLC,** as assignee of **GERARD GEORGES,**
Appellee.

No. 4D2024-1322

[June 25, 2025]

Appeal of a nonfinal order from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sara Alijewicz, Judge; L.T. Case No. 502023SC016460.

Joshua R. Kon and Samuel Sachs of Stok Kon + Braverman, Fort Lauderdale, for appellant.

Brian K. Korte of Korte & Associates, PLLC, Loxahatchee, for appellee.

PER CURIAM.

We reverse the order denying the appellant landlord's motion to transfer venue. As in *Pierre Woodland Meadows, LLC v. KAC 2021-1 LLC*, 377 So. 3d 625 (Fla. 4th DCA 2024), the proper venue for this action concerning return of a security deposit is in Broward County, where the cause of action accrued, where the apartment at issue is located, where the lease contract was entered, and where the lease required service of notices and payments. § 47.011, Fla. Stat. (2023) ("Actions shall be brought only in the county where the defendant resides, where the cause of action accrued, or where the property in litigation is located."); Fla. Sm. Cl. R. 7.060(a) (providing for venue "[w]here the contract was entered into," "[w]here the event giving rise to the suit occurred," and "[i]n an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made").

The notice of updated address that appellee's predecessor filed in the Broward eviction case was not mailed to the landlord at the address specified in the lease and was ineffectual. Additionally, the tenant failed

to properly advise the landlord of his new mailing address upon vacating the premises as required by section 83.49(5), Florida Statutes (2023). Thus, the "place of payment" for purposes of venue did not change.

This matter is remanded with directions to grant the landlord's motion and transfer this action to Broward County.

*Reversed and remanded.*

LEVINE, FORST and ARTAU, JJ., concur.

\* \* \*

**Not final until disposition of timely filed motion for rehearing.**

2